## McCLURE *v.* GROTON AND RUMNEY.

A petitioner may attest, and serve upon towns, a copy of the petition for a new highway and of the clerk's order of notice thereon.

PETITION, by A. J. McClure and others, for a new highway in Groton and Rumney. The petition having been filed, an order of notice was issued by the clerk of the court, who sent to McClure a copy of the petition and order duly attested by the clerk. McClure, who was not an officer, gave to the town officials a copy of the clerk's copy, adding to the clerk's attestation,—" A true copy of the original. Attest: A. J. McClure." McClure made return (on the clerk's copy), verified by his oath, that he had given in hand, &c., " a true and attested copy of the within petition and order of notice thereon." The town of Groton appeared specially and moved to dismiss, alleging that the service was insufficient. The question thus raised was reserved.

*Pike & Blodgett, and Fling,* for petitioners.

*Barnard & Sanborn,* for Groton.

BY THE COURT.

When a petition for a new highway is filed, " the clerk shall issue an order of notice, with a copy of the petition, * * and the petitioners shall cause a certified copy of the same to be given to" the town officers. Gen. Stats., ch. 63, sec. 2. The copy may be served by one of the petitioners. Where a private individual may serve a copy of an order, he may himself attest the copy. *Stone* v. *Anderson,* 25 N. H. 221, which is an authority to this point, was followed in *Adams, Adm'r,* v. *Gookin,* Rockingham, Dec. Term, 1867, where it was held that a copy of a writ of entry on a mortgage served out of the State on a non-resident defendant and attested by a private individual serving the same, was " such a true and attested copy of the writ as is required by law." The method of giving notice adopted in the present case is believed to have the sanction of long continued usage; see EASTMAN, J., in *Stone* v. *Anderson,* 25 N. H. 221, 225; Bell's Town Officer, edition of 1866, 170, 171; Morrison's Town Officer, 224.

*Motion to dismiss denied.*